# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANTE G. FREDRICK, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-135 |
| | * | |
| v. | * | |
| | * | |
| JUDGE STEPHEN SCARLETT; STEPHEN | * | |
| D. KELLEY; DEFENSE ATTORNEY BART | * | |
| ALTMAN; and JUDGE AMANDA | * | |
| WILLIAMS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge, dkt. no. 5, to which no Objections have been filed. After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report and Recommendation as the opinion of the Court.

Therefore, the Court **DISMISSES** Plaintiff's Complaint, brought pursuant to 42 U.S.C. § 1983. Furthermore, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Plaintiff leave to appeal in forma pauperis. The Clerk of Court is hereby authorized and

directed to **CLOSE** this case and to enter an appropriate judgment of dismissal.

**SO ORDERED**, this _____ day of _____, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA